UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Ernesto Ocampo-Valdez, et al.,

    Defendants.
_____/

Criminal No. 24-cr-20261

Honorable Matthew F. Leitman

**GOVERNMENT'S MOTION, SUPPORTING BRIEF
AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANT**

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrant in this case, and states:

1. The Indictment and Arrest Warrant in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrant be unsealed because a defendant has been arrested and is entitled to receive a copy of the Indictment and Arrest Warrant.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrant.

Respectfully submitted,

Dawn N. Ison
United States Attorney


*s/Timothy P. McDonald*
Timothy P. McDonald  P64562
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
timothy.mcdonald2@usdoj.gov
(313) 226-0221

Dated:  November 12, 2024


**IT IS SO ORDERED.**

s/David R. Grand
David R. Grand
United States Magistrate Judge

Entered: 11/12/24