UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

    Case No. 24-cr-20261-3
    Hon. Matthew F. Leitman

D3, FRANCIS MARINO GARCIA-MOTA,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR TRANSPORT ORDER (ECF No. 21)

Now before the Court is Defendant Francis Marino Garcia-Mota's motion requesting that the Court order the Government "to transport [him] from the Metropolitan Detention Center (MDC) in Brooklyn, New York, to the Eastern District of Michigan for arraignment and further proceedings in this case." (Mot., ECF No. 21, PageID.40.) The Government has not filed a response to the motion.

The Court has carefully reviewed the motion and **GRANTS** it. The Government shall work with the United States Marshals Service to transport Garcia-Mota to this judicial district as soon as reasonably possible so that the proceedings against him may begin in this forum.

    **IT IS SO ORDERED**.

Dated: March 5, 2025

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 5, 2025, by electronic means and/or ordinary mail.

                          s/Holly A. Ryan
                          Case Manager
                          (313) 234-5126